BEN NEWMAN, Doing Business as BEN NEWMAN ICE CREAM CO., Respondent, v. LAWRENCE MUNEY et al., Appellants.

Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.